NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DWOINE ANTONIO HARRIS,

      Plaintiff - Appellant,

v.

CENTURION OF ARIZONA,
LLC; UNKNOWN PARTY, named as Pima
County Jail Medical Director
Liaison; KEITH WILLIAMS, Dr., M.D.,
Centurion; KAREN SMITH, RN/LPN,
Centurion,

      Defendants - Appellees.

No. 23-1809

D.C. No. 4:21-cv-00547-RCC

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted April 22, 2025[**]

Before:     GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Dwoine Antonio Harris appeals pro se from the district court's summary

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

judgment in his 42 U.S.C. § 1983 action alleging inadequate medical care while he was a pretrial detainee.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Desire, LLC v. Manna Textiles, Inc.*, 986 F.3d 1253, 1259 (9th Cir. 2021).  We affirm.

The district court properly granted summary judgment for Centurion because Harris failed to raise a genuine dispute of material fact as to whether medical providers were deliberately indifferent in responding to his medical needs.  *See Gordon v. County of Orange*, 888 F.3d 1118, 1124-25 (9th Cir. 2018) (setting forth objective deliberate indifference standard for Fourteenth Amendment inadequate medical care claims brought by pretrial detainees); *see also Lockett v. County of Los Angeles*, 977 F.3d 737, 741 (9th Cir. 2020) (explaining that a claim against an entity under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), requires a plaintiff to show an underlying constitutional violation).

Harris's motion for review (Docket Entry No. 8) is denied.

**AFFIRMED.**